IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII ANNUITY TRUST FUND FOR OPERATING ENGINEERS, BY ITS TRUSTEES; ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> KAUAI VETERANS EXPRESS COMPANY, LTD., A HAWAII CORPORATION, <br><br> Defendant. | Civ. No. 16-00615 JMS-RT <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 31, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS TRUSTEES OF THE HAWAII ANNUITY TRUST FUND FOR

///

///

///

///

OPERATING ENGINEERS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 19, 2019.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Haw. Annuity Tr. Fund for Operating Eng'rs, by its Trs; et al. v. Kauai Veterans Express Co.*, Civ. No. 16-00615 JMS-RT, Order Adopting Magistrate Judge's Findings and Recommendation